**United States District Court**
**Central District of California**

JS-6

FILED
CLERK, U.S. DISTRICT COURT
SEPT 29, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

North American Wellness Center Holdings LLC,

      Plaintiff,

v.

Temecula Valley Real Estate, Inc., et al.

      Defendants.

ED 16-CV-2010-VAP-DTB

# Judgment

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order granting Defendants' Motion to Dismiss filed herewith, IT IS ORDERED AND ADJUDGED that the Count 1, Violation of the Sherman Act, § 1; Count 2, Violation of the Sherman Act, § 2; Count 4, Securities Violations under 15 U.S.C. § 78(j); Count 5, Securities Violations under SEC Rule 10b-5; and Count 6, Securities Violations under § 9(A)(4) of the Securities Exchange Act in Plaintiff's First Amended Complaint are DISMISSED WITH PREJUDICE. All remaining claims are dismissed without prejudice to re-filing in state court. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:  9/29/17

              _____
              Virginia A. Phillips
              Chief United States District Judge