**ATTACHMENT "A"**

THE GIARDINELLI LAW GROUP, APC  
31594 RAILROAD CANYON ROAD  
CANYON LAKE, CA 92587  
(951) 244-1856  

Invoice submitted to:  
TEMECULA VALLEY REAL ESTATE, INC.  
dba KELLER WILLIAMS REALTY  
ETCO PLAZA 2ND FLOOR, STE 200  
27290 MADISON AVENUE  
TEMECULA, CA 92590  
ACCOUNTS PAYABLE  


October 09, 2017  
In Reference To:   CLIENT CODE 16139  
                   FEDERAL MATTER  
                   TVREI  
                   NORTH AMERICAN WELLNESS CENTER v. TVREI  

Additional Charges :

|  |  | Amount |
|---|---|---:|
| 10/31/2016 | PHOTOCOPIES FOR THE MONTH OF OCTOBER | 118.20 |
| 11/30/2016 | PHOTOCOPIES FOR THE MONTH OF NOVEMBER | 4.35 |
| 4/28/2017 | PHOTOCOPIES FOR THE MONTH OF APRIL | 14.55 |
| 5/31/2017 | PHOTOCOPIES FOR THE MONTH OF MAY | 1.20 |
| 6/30/2017 | PHOTOCOPIES FOR THE MONTH OF JUNE | 156.45 |
| 7/31/2017 | PHOTOCOPIES FOR THE MONTH OF JULY | 106.95 |
| 8/31/2017 | PHOTOCOPIES FOR THE MONTH OF AUGUST | 109.95 |
| 9/30/2017 | PHOTOCOPIES FOR THE MONTH OF SEPTEMBER | 176.70 |
|  | Total additional charges | $688.35 |